# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | |
|---|---|
| S.J., : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | CASE NO.: 7:23-CV-22 (LAG) (TQL) |
| : | |
| COMMISSIONER OF SOCIAL : | |
| SECURITY, : | |
| : | |
| Defendant. : | |
| : | |

## ORDER

Before the Court is Plaintiff's Motion for Attorney's Fees Pursuant to the Equal Access to Justice Act (Motion) (Doc. 17) and the Parties' Joint Stipulation for Resolution of Petition for EAJA Fees (Doc. 18).

Plaintiff filed a Complaint on March 1, 2023, seeking review of the Social Security Administration's denial of Plaintiff's claim for disability benefits. (Doc. 1). On February 8, 2024, the Magistrate Judge issued a Report & Recommendation recommending that the Commissioner's decision be reversed and remanded pursuant to Sentence Four of § 405(g), which the Court accepted and adopted on February 22, 2024. (Docs. 12, 15). Plaintiff filed the instant Motion for Attorney's Fees Pursuant to the EAJA on May 22, 2024. (Doc. 17). On May 28, 2024, the Parties submitted a Joint Stipulation for Resolution of Petition for EAJA Fees, jointly stipulating to attorney's fees in the amount of $6,091.50 and costs in the amount of $402.00. (Doc. 18 ¶ 2). Therein, Plaintiff withdraws the Motion for Attorney's Fees Pursuant to the EAJA. (*Id.* ¶ 6). The Parties jointly request that the Court enter an Order "indicat[ing] that Plaintiff is being awarded $6,091.50 in attorney's fees and $402 in costs" and "dismissing Plaintiff's petition under the EAJA on the conditions and terms of the payment of the fees stipulated herein." (*Id.* ¶ 2; *id.* at 2).

As the Parties have agreed to attorney's fees and costs, Plaintiff shall receive **$6,091.50** in attorney's fees and **$402.00** in costs. Payment shall be made payable to Plaintiff and delivered to Plaintiff's Counsel if Plaintiff owes a federal debt. If the U.S. Department of the Treasury determines that Plaintiff does not owe a federal debt, the Government may accept Plaintiff's assignment of EAJA fees and pay them directly to Plaintiff's Counsel. As Plaintiff has withdrawn the Motion for Attorney's Fees Pursuant to the EAJA, the Court hereby **DIRECTS** the Clerk's Office to terminate the pending Motion (Doc. 17).

**SO ORDERED**, this 2nd day of October, 2024.

/s/ Leslie A. Gardner
**LESLIE A. GARDNER, CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**