IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

SANDRA JEFFERY,     *

         Plaintiff,     *

v.     Case No. 7:23-cv-22 (LAG-TQL)

    *

COMMISSIONER OF SOCIAL SECURITY,

    *

         Defendant.

    *

## **J U D G M E N T**

Pursuant to the Order of this Court filed October 2, 2024, and for the reasons stated therein, JUDGMENT is hereby entered awarding Plaintiff attorneys' fees in the amount of $6091.50 and $402.00 in costs.

This 3rd day of October, 2024.

                                                        David W. Bunt, Clerk

                                            s/ Kathleen S. Logsdon, Deputy Clerk